```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America,           :
                                    :
                                    :
                    Plaintiff(s),   :   08 CR 991 (LAP)
                                    :   24 CR 24 (LAP)
                                    :   SCHEDULING ORDER
            -against-               :
                                    :
Christopher Betances,               :
                                    :
                    Defendant(s).   :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    It is hereby

    ORDERED that the sentencing scheduled for May 20, 2025 at 12:00 pm is adjourned to May 28, 2025 at 10:00 am.

SO ORDERED.

*Loretta A. Preska* (signature)

Loretta A. Preska, Senior U.S.D.J.

Dated:    April 22, 2025
            New York, New York